**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO BRAMBILA; DOMINGA BRAMBILA,   No. CV 12-05103 SI

Plaintiffs,

**JUDGMENT**

v.

MICHAEL ANTHONY TEMBY, *et al.*,

Defendants.

_____/

Defendants' motions to dismiss have been granted with prejudice. Judgment is accordingly entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 10, 2012

SUSAN ILLSTON
United States District Judge