IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO BRAMBILA; DOMINGA BRAMBILA,   No. CV 12-05103 SI

        Plaintiffs,

  v.                                                            **JUDGMENT**

MICHAEL ANTHONY TEMBY, *et al.*,

        Defendants.
                                         /

      Defendants' motions to dismiss have been granted with prejudice. Judgment is accordingly entered in favor of defendants and against plaintiffs.

      **IT IS SO ORDERED AND ADJUDGED**.

Dated: December 10, 2012

                                                     SUSAN ILLSTON
                                                   United States District Judge